# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CASE NO. 10-20721

IN RE:                                                                                    CHAPTER 7

MARGIE RENCHEN                                                 DEBTOR

## AGREED ORDER LIFTING AUTOMATIC STAY

This matter being before the Court on Agreement of the parties hereto, it appearing that Margie Renchen, debtor herein, having expressed his desire to surrender the 1997 Chevy Blazer, (VIN # 1GNDT13WXV2260682) (the "Secured Collateral") upon which American General maintains a valid security interest; the balance of the indebtedness to American General ($4,590.02) exceeding the value of the secured collateral; the parties being in agreement American General may repossess and execute its security interest in the secured collateral, it being further agreed that sale proceeds from the sale of the secured collateral in excess of the value of the security interest of American General, (if any) shall be remitted to the Estate. The Trustee being in agreement hereto, the Court having reviewed the record and otherwise being duly and sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED that the stay afforded by 11 U.S.C. 362 is hereby terminated and the Trustee's interest is abandoned, so as to permit said creditor to enforce its security interest in the aforesaid collateral.

M. Scott Mattmiller shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

HAVE SEEN AND AGREED:

_____
M. SCOTT MATTMILLER
Counsel for Creditor, American General Financial Services, Inc.
Bullock & Coffman, LLP
234 N. Limestone Street
Lexington, Kentucky 40507
(859) 225-3939

_____
L. KENDRICK
Bankruptcy Trustee
7000 Houston Road
Bldg. 300, Suite 25
Florence, Kentucky 41042

_____
DELORES BAKER
Counsel for debtor
134 W. 3rd Street
Maysville, Kentucky 41056

To Be Entered:

/s/ M. Scott Mattmiller, Esq.
Bullock & Coffman, LLP
234 N. Limestone Street
Lexington, Kentucky 40507
(859)225-3939
smattmiller@bcfirm.net
Counsel for American General Finance, Inc.

M. Scott Mattmiller shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the order upon such parties within ten (10) days hereof.

**Distribution List; Margie Renchen, Delores Baker, L. Kendrick, and Office of the U.S. Trustee.**

2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, July 01, 2010**
(tnw)